UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUTA DOUANGPANYA, et al.,<br><br>Defendants. | Case No. 2:24-cv-02380-CSK<br><br>ORDER FOR RESPONSE and ORDER VACATING HEARING |

Presently pending before the Court is Plaintiff United States of America's motion for default judgment against Defendants Suta Douangpanya and Annie Douangpanya, which was filed on July 14, 2025 and which is set for hearing on August 20, 2025. (ECF Nos. 11, 12.) Defendants were served with Plaintiff's motion on July 15, 2025. (ECF No. 11 at 3.) Under Local Rule 230(c), Defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, on or by July 29, 2025. Although that deadline has passed, no opposition or statement of non-opposition was filed.

Out of an abundance of caution, and in light of the Court's desire to resolve the action on the merits, the Court will provide Defendants one additional, final opportunity to oppose the motion.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The August 20, 2025 hearing on Plaintiff's motion for default judgment is VACATED;
2. Any opposition or statement of non-opposition by Defendants shall be filed within fourteen (14) days from the date of this order, and the reply brief from Plaintiff, if any, is due ten (10) days thereafter;
3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against it;
4. Plaintiff shall promptly serve a copy of this order on each Defendant at their last-known address, and contemporaneously file a proof of service with the Court that provides the date and manner of service; and
5. After the time period for briefing is complete, the Court will take this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will reschedule a hearing at a future date, if necessary.

Dated: 08/06/25

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, usa2380.24