1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                Case No.  2:24-cv-02380-DJC-CSK

12                   Plaintiff,                ORDER

13            v.                               (ECF No. 15.)

14   SUTA DOUANGPANYA, et al.,

15                   Defendants.

16

17          This matter was referred to a United States Magistrate Judge pursuant to 28

18   U.S.C. § 636(b)(1)(B) and Local Rule 302.  On November 10, 2025, the Magistrate

19   Judge filed findings and recommendations (ECF No. 15), which were served on the

20   parties and which contained notice that any objections to the findings and

21   recommendations were to be filed within fourteen (14) days. (ECF No. 15).  No

22   objections were filed and the time to do so has passed.

23          In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and

24   finds the findings and recommendations are supported by the record and by proper

25   analysis. The Court therefore concludes that it is appropriate to adopt the findings and

26   recommendations in full.

27          Accordingly, IT IS HEREBY ORDERED that:

28          1.      The findings and recommendations (ECF No. 15) are ADOPTED IN FULL;

1

2.     Plaintiff's motion for default judgment (ECF No. 11) is GRANTED;

3.     Plaintiff is awarded $52,882.22 pursuant to 26 U.S.C. § 6332(d)(1), plus statutory interest and additions running from July 14, 2025, until paid in full, and this amount is jointly and severally assessed against both Defendants; and

4.     The Clerk of Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/usa24cv2380.JO.noobj

2